# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KAREN E. VAN ATTA,**

                Plaintiff,

        **-vs-**                                                                    **Case No. 11-C-253**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                Defendant.

## DECISION AND ORDER

The Plaintiff, Karen E. Van Atta ("Van Atta"), filed a motion for an award of attorney fees, under the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412, in the amount of $5,894.50 for 33.35 hours of work by her attorney, and 1.80 hours of law clerk with J.D. time, to be paid by the Defendant Michael J. Astrue, Commissioner of the Social Security Administration, ("Commissioner") pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

By a joint stipulation filed on March 5, 2012, the parties have advised the Court that they jointly stipulate to an award of $5,400.00 in attorney fees under the EAJA and agree that the award will fully satisfy any and all of Van Atta's claims for fees, costs, and expenses under the EAJA that may be payable for counsel's work before the Court in this case.

In light of the foregoing and upon due consideration, the stipulation is approved and the motion is granted to the extent it is consistent with the stipulation of the parties.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The parties' joint stipulation to an award of $5,400.00 in attorney fees under the EAJA, 28 U.S.C. § 2412, (ECF No. 27) is **APPROVED**; and

Van Atta's motion for an award of attorney's fees (ECF No. 26) is **GRANTED** to the extent that it is consistent with the stipulation of the parties; specifically, $5,400.00 in attorney fees are awarded to Van Atta to be paid by the Commissioner pursuant to the EAJA.

Dated at Milwaukee, Wisconsin, this 5th day of March, 2012.

**BY THE COURT**:

*/s/ Rudolph T. Randa*
_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**